MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CV-5408 MEJ |
|                Plaintiff, ) | |
| v. ) | ORDER TAKING APRIL 21, 2011 CASE MANAGEMENT CONFERENCE OFF CALENDAR |
| $66,000 IN UNITED STATES CURRENCY, ) | |
|                Defendant. ) | |

1  UPON CONSIDERATION OF THE case management conference statement of the United
2  States, the entire record and for good cause shown, it is by the Court on this _12th_ day of April,
3  2011,
4  ORDERED that the case management conference scheduled for April 21, 2011 in this case
5  is taken off calendar until further order of the Court, if any.

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate

Order
10-CV-5408 MEJ                    2