UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

$66,000 IN UNITED STATES CURRENCY,

    Defendant.
_____/

No. 10-05408 MEJ

**NOTICE AND ORDER SETTING CMC**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled case has been set for a Case Management Conference on August 4, 2011, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Magistrate Judge Maria-Elena James. All case management and ADR deadlines shall be adjusted accordingly.

Dated: June 2, 2011

_____
Brenda Tolbert, Courtroom Deputy to Chief Magistrate Judge Maria-Elena James

Hearing.Not      1