1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748

8  Attorneys for the United States of America

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,         )      No. 10-CV-5408 MEJ
                                     )
13                Plaintiff,         )
                                     )      STIPULATION AND ORDER RE:
14        v.                         )      TAKING THE CASE MANAGEMENT
                                     )      CONFERENCE SCHEDULED FOR
15 $66,000 IN UNITED STATES          )      AUGUST 4, 2011 OFF CALENDAR
   CURRENCY,                         )
16                                   )
                  Defendant.         )
17 _____)
                                     )
18 MUSAFFAR HUSSAIN,                 )
                                     )
19                Claimant.          )
   _____)
20

1    The parties agree, subject to the Court's approval, that if Musaffar Hussain files an answer
2    on or before August 3, 2011, that there appears to be no reason for the Court to hold a case
3    management conference until after the stay ordered on July 27, 2011 is lifted, and that therefore the
4    August 4, 2011 Case Management Conference should be taken off calendar because it would avoid
5    using unnecessary resources of the Court and counsel. Fed. R. Civ. P. 1.

7    IT IS SO STIPULATED:                    MELINDA HAAG
                                              United States Attorney

9    Dated: July 27, 2011
                                              PATRICIA J. KENNEY
10                                            Assistant United States Attorney

                                              ISCANDARI & ASSOCIATES

13   Dated: July 27, 2011
                                              M. ALIEU ISCANDARI
14                                            Attorney for Mussafar Hussain

16   PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 29
17   DAY OF JULY, 2011.

                                              HONORABLE MARIA-ELENA JAMES
                                              Chief United States Magistrate Judge

Stip Re: Taking 8/4 CMC Off Calendar
No. 10-CV-5408 MEJ                          2