UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  v.<br><br>$66,000 IN UNITED STATES CURRENCY,<br><br>           Defendant.<br>_____/ | No. C 10-5408 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE** |

On August 19, 2013, the government filed an Administrative Motion to consider whether the above-captioned matter should be related to *United States v. Muzaffar Hussain*, No. CR 13-408 YGR. Dkt. No. 45. The government states that these cases are related because the criminal case is an indictment by the U.S. Attorney's Office of Defendant Muzaffar Hussain for tax evasion and related tax crimes, while the civil case arises from a search of the Hussain's residence performed by Internal Revenue Service Special Agents seeking evidence to support the indictment. As the lower-numbered case is assigned to a magistrate judge, and the criminal case includes felony charges, the undersigned finds it prudent for the civil case to be reassigned to a district court judge prior to any determination being made as to whether the cases are related. Accordingly, the Clerk of Court shall reassign the above-captioned case to a district court judge.

**IT IS SO ORDERED.**

Dated: August 21, 2013

_____
Maria-Elena James
United States Magistrate Judge